UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

CARLOS ALFREDO BACHAN,
*on behalf of himself, and others
similarly situated,*

                      Plaintiff,

  -against-

PRESTIGE BUILDING SUPPLY INC.;
DAVID'S CONSTRUCTION & HOME
IMPROVEMENT CORP.; *and*
DAVID LOJA, *individually,*

                      Defendants.

Case No.: 23 CV 296 (JRC)

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants in the above captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiff or Defendants. This Court retains jurisdiction to enforce the Settlement Agreement and the Release of this action.

Dated: ~~July~~ Aug. 21 ___, 2023
New York City

| CILENTI & COOPER, PLLC | VICTOR MOLINA, ESQ. |
|---|---|
| By: *Peter Hans Cooper* | By: [signature] |
| Peter Hans Cooper, Esq. | Victor Molina, Esq. |
| 60 East 42nd Street | 930 Grand Concourse, Suite 1A |
| New York, NY 10165 | Bronx, New York 10451 |
| Tel: (212) 209-3933 | Tel: (71) 401-1600 |
| Emal: pcooper@jcpclaw.com | Email: v.j.molina@Verizon.net |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

So Ordered:

   s/ James R. Cho
_____,M.J.

8/24/2023                        Page 8 of 9